IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| DUNG V. NGUYEN and VIVI PHUONG BUI | ) | Case No. 11-10617-RGM |
| Debtors. | ) | |
| JDC Fairfax, LLC<br>    Plaintiff | ) | |
| vs. | ) | |
| DUNG V. NGUYEN and<br>    VIVI PHUONG BUI | ) | Adversary Proceeding No. 11-01238 |
| Defendants. | ) | |

**ORDER COMPELLING DISCOVERY**

**UPON CONSIDERATION OF** Plaintiff's Amended Motion for Sanctions Pursuant to Rule 7037(d) and Amended Motion For Entry Of Default Judgment against Defendant Dung V. Nguyen ("**Nguyen**"), it is this ___ day of September, 2011,

**ORDERED** that Defendant Nguyen shall produce to Plaintiff the documents requested in Plaintiff's First Request for Production of Documents no later than October 14, 2011; and it is further

**ORDERED** that Defendant Nguyen shall provide to Plaintiff complete and full responses to Plaintiff's First Set of Interrogatories no later than October 14, 2011; and it is further

**ORDERED** that Defendant Nguyen shall appear for a deposition before Plaintiff's counsel no later than October 14, 2011; and it is further

**ORDERED** that Defendant Nguyen shall pay Plaintiff $600.00 for its reasonable attorneys' fees and costs incurred in this matter no later than October 14, 2011; and it is further

**ORDERED** that Defendant Bui shall deliver to Plaintiff an executed copy of Defendant Bui's Answers to Interrogatories no later than September 30, 2011.

Dated: _____                            _____
                                                                                    U.S. Bankruptcy Court Judge

                                                                                    Entered on Docket: _____

**I ASK FOR THIS**:

*/s/ Brian M. Grindall*
Brian M. Grindall, Esq.
Tenenbaum & Saas, P.C.
4505 Walsh Street, Ste. 200
Chevy Chase, Maryland 20815
Virginia State Bar. No. 71654
Phone (301) 961-5300

**SEEN AND CONSENTED TO:**

*/s/ David C. Jones, Jr. (by Brian M. Grindall, Esq. with permission from David C. Jones based upon e-mail)*
David C. Jones, Jr.
10617 Jones Street, Ste 301-A
Fairfax, Virginia 22030
Virginia State Bar No. 37483
(703) 273-7350